No. 87–1539. BRANSON v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., Los Angeles County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6539. WHITAKER v. PETERSON ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6544. WHITAKER v. PASCARELLA ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1986. NORTH BROWARD HOSPITAL DISTRICT v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bethesda Hospital Assn.* v. *Bowen*, *ante*, p. 399.

No. 87–57. UNIVERSITY OF CINCINNATI, DBA UNIVERSITY HOSPITAL v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bethesda Hospital Assn.* v. *Bowen*, *ante*, p. 399.

No. 87–443. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. ADAMS HOUSE HEALTH CARE ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bethesda Hospital Assn.* v. *Bowen*, *ante*, p. 399.

No. — –—. KING v. KAPLAN ET AL. Motion to direct the Clerk to file a jurisdictional statement which does not comply with the Rules of this Court and for other relief denied.